FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> The Blanco National Bank | **DEFENDANTS** <br> Basil Paul Casteleyn |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Hayden & Cunningham, PLLC <br> 7750 Broadway <br> San Antonio, Texas 78209 | **ATTORNEYS** (If Known) <br> Chance M. McGhee <br> 909 N.E. Loop 410, Suite 100 <br> San Antonio, Texas 78209 |
| **PARTY** (Check One Box Only) <br> ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> XXX Creditor ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> XXX Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor ☐ Other <br> ☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) <br> Dischargeability Objection 11 U.S.C. sec. 523(a)(2)(B) | |

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
XXX 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BASIL PAUL CASTELEYN | § | CASE NO. 10-53054-lmc |
| Debtor | § | |
| | § | CHAPTER 7 |
| THE BLANCO NATIONAL BANK | § | |
| Plaintiff | § | |
| v. | § | |
| | § | ADVERSARY NO. |
| BASIL PAUL CASTELEYN | § | |
| Defendant | § | |

**ORIGINAL COMPLAINT TO DETERMINE DISCHARGEABILITY
OF DEBT PURSUANT TO 11 U.S.C. § 523 (a)(2)(B)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Blanco National Bank, Claimant herein, files this, its Original Complaint to Determine Dischargeability of Debt complaining of Basil Paul Casteleyn based on The Blanco National Bank's claim as set forth in its First Amended Proof of Claim on September 8, 2010 and for cause, would show the following:

1. Defendant is an individual who filed a petition for relief under Chapter 7 of the Bankruptcy Code on August 9, 2010.

2. Plaintiff is a creditor of the Defendant as defined in 11 U.S.C. § 101 and is owed certain debts or obligations as set forth below and in the proof of claim filed in the bankruptcy proceeding.

3. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(2) and 1334, 11 U.S.C. § 523(a)(2) and Federal Rule of Bankruptcy Procedure 7001(6).

4. This is a core proceeding under 28 U.S.C. §157(b)(2)(I). Venue is proper under 28 U.S.C. § 1409(a).

5. In September, 2006 Defendant provided Plaintiff with a personal Financial Statement dated September 18, 2006 for the purpose of obtaining a loan from Plaintiff (the "2006 Financial Statement").

6. Plaintiff relied on the financial information in the 2006 Financial Statment and on or about September 22, 2006 Plaintiff loaned Majestic Creations, Inc., Kenneth Deckard, Individually and Defendant, Basil P. Castleyn, Individually $1,110,000.00 by means of a Promissory Note (the "Note"). The Note was secured by a Deed of Trust naming the following property as collateral:

BEING Lots 37, 48, 71, 93, 116, 118, 127, 148, 160, 162, 163, 176 and 185, BRIDLEGATE, UNIT ONE, BANDERA County, Texas, according to plat recorded in Volume 6, Pages 343-355, Plat Records, BANDERA County, Texas

7. On or about July 3, 2007 the Note was in default due to non-payment. Plaintiff made demand upon Defendant to bring the Note current.

8. On or about July 20, 2007 the Note remained in default and the Note was accelerated pursuant to its terms. At the time of acceleration, the outstanding principal due on the Note was $1,110,100.00.

9. A second Financial Statement was provided by Defendant to Plaintiff dated June 1, 2007 (the "2007 Financial Statement").

10. On or about October 1, 2007 Defendant paid all past due and accrued interest on the Note and the Note was reinstated pursuant to a Reinstatement, Modification Renewal and Extension agreement executed by all parties to the Note. Plaintiff relied on the 2007 Financial Statement when entering into the Reinstatement, Modification, Renewal and Extension Agreement.

11. The Note was again in default and it was accelerated by Plaintiff pursuant to its terms and directed one of the appointed substitute trustees under the Deed of Trust to post the property for foreclosure.

12. On or about February 5, 2008 a foreclosure sale was conducted for the property subject to the Deed of Trust. After the sale, there was a Deficiency of $354,295.82.

13. On or about February 26, 2008 Plaintiff filed suit against Defendant for the Deficiency in the 131st Judicial District Court of Bexar County, Texas under Cause No. 2008-CI-03090; *The Blanco National Bank vs. Basil P. Casteleyn, Jr., Majestic Creations, Inc. and Kenneth Deckard* (the "Lawsuit").

14. On or about July 18, 2008 Debtor entered an Agreed Judgment with the 131st Bexar County District Court.

15. After reviewing the Defendant's schedules filed in the bankruptcy proceeding and obtaining testimony from the Debtor at the meetings of creditors, Plaintiff discovered Defendant obtained the September 22, 2006 loan and Reinstatement from Plaintiff by:

      a.    Using a materially false written statement concerning the Defendant's financial condition, published by Defendant with intent to deceive Plaintiff, upon which Plaintiff reasonably relied.

16.    Plaintiff reasonably relied upon the fraudulent conduct and the set forth above and is damaged by Defendant's actions to the extent of $354,295.82.

WHEREFORE, Plaintiff respectfully requests that the Court determine that Defendant's obligations and debts to Plaintiff, including, but not limited to, the amounts listed above and all appropriate interest, costs and attorney's fees are excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(B), and for such other relief as the Court deems just.

Dated: November 10, 2010.

Respectfully Submitted,

HAYDEN & CUNNINGHAM, PLLC
Attorneys at Law
7750 Broadway
San Antonio, Texas 78209
Telephone (210) 826-7750
Facsimile (210) 822-0916

/s/ D. WADE HAYDEN
State Bar No. 00784230
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic filing or other means on the 10th day of November, 2010 to the parties listed below:

Debtor's Attorney:
Chance M. McGhee
Davis Law Firm
909 NE Loop 410, Suite 100
San Antonio, Texas 78209

Debtor:
Basil Paul Casteleyn           CMRRR #7010 1670 0000 0777 2371
1826 Mountjoy
San Antonio, Texas 78232

<u>Chapter 7 Trustee:</u>
John Patrick Lowe
Chapter 7 Trustee
318 E. Nopal
Uvalde, Texas 78801

<u>United States Trustee:</u>
United States Trustee
P.O. Box 1539
San Antonio, Texas 78295-1539

/s/ <u>D. WADE HAYDEN</u>